PROB 12A
(Rev. 2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Antonya Beach            Case Number: 3:07-00149

Name of Sentencing Judicial Officer: Honorable Robert L. Echols, U. S. District Judge

Name of Current Judicial Officer: Honorable Kevin H. Sharp, U. S. District Judge

Date of Original Sentence: October 22, 2008

Original Offense: 18 U.S.C. § 922(g)(1) Felon in Possession of a Firearm

Original Sentence: 57 months' custody followed by 3 years' supervised release

Type of Supervision: Supervised Release     Date Supervision Commenced: November 7, 2011

Assistant U.S. Attorney: Byron Jones     Defense Attorney: Michael Terry

**THE COURT ORDERS:**

☒ No Action
☐ The Issuance of a Warrant
    ☐ Sealed Pending Warrant Execution
      (cc: U.S. Probation and U.S. Marshal only)
☒ The Issuance of a Summons
☐ Other- Set a hearing to address non-compliance and seal the petition pending action

Considered this 10th day of September, 2012, and made a part of the records in the above case.

Kevin H. Sharp
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

Kara Sanders
U.S. Probation Officer

Place    Nashville, Tennessee

Date    August 29, 2012

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.	Nature of Noncompliance

1.	**The defendant shall not commit another federal, state or local crime:**

On August 18, 2012, Tiffany Cartwright, Mr. Beach's girlfriend, called the Metro Nashville Police Department to report that Mr. Beach had assaulted her on August 17, 2012. Ms. Cartwright reported that Mr. Beach hit her in the face during an argument. The police report does not indicate if there were any visible signs of assault. A warrant was issued for his arrest and Mr. Beach was charged with Domestic Assault.

On August 19, 2012, Ms. Cartwright contacted U.S. Probation Officer Kara Sanders to report that she had lied to the police regarding the circumstances of the assault. She reported that she was upset with Mr. Beach because he was cheating on her with another woman and she wanted to hurt him, so she filed a false report. She indicated that she bonded Mr. Beach out of jail and was going to ask that the charge be dismissed.

Mr. Beach also contacted Officer Sanders on August 19, 2012, and reported the arrest and that he had moved in with his grandmother. He reported turning himself in to local authorities on August 18, 2012, and Ms. Cartwright bonded him out. He indicated that he did not assault Ms. Cartwright, but acknowledged they did argue about his cheating with another woman. After the argument, he left for work. He indicted the police came to his employment looking for him and that is when he discovered he had a warrant. His next court date is October 22, 2012.

Mr. Beach reported to the probation office on August 23, 2012, and indicated he would continue to reside with his grandmother. He also reports continuing to communicate with Ms. Cartwright. Officer Sanders instructed him to remain at his grandmother's residence and have no contact with Ms. Cartwright. Mr. Beach has also reported this incident to his mental health therapist and sought guidance on how to handle the stress of the situation.

## Compliance with Supervision Conditions and Prior Interventions:

A hearing before Your Honor is currently scheduled for September 17, 2012, (Docket No. 70) to address Mr. Beach's previous mental health non-compliance.

On July 30, 2012, Mr. Beach, defense counsel, U.S. Probation Officer Kara Sanders and Supervisory U. S. Probation Officer Brit Shelton met to develop a plan for Mr. Beach to come into compliance with his mental health treatment. He agreed to comply with all recommendations regarding his mental health treatment and to begin taking the psychotropic medication. He reports the medication does make him drowsy, but that he takes it after work to help alleviate the side effect. Since he has only been taking the medication a few days, he is not currently reporting any symptom relief. Mr. Beach has secured part-time employment with Krystal's on Bell Road and indicates he will soon be hired full time.

Mr. Beach's grandmother, Mame Hammond, is supportive of him and will allow him to reside in her home until he can secure his own residence. She is aware of his mental health status and supports his efforts to continue in treatment.

On July 30, 2012, Mr. Beach, defense counsel, U.S. Probation Officer Kara Sanders and Supervisory U. S. Probation Officer Brit Shelton met to develop a plan for Mr. Beach to come into compliance with his mental health treatment. He agreed to comply with all recommendations regarding his mental health treatment and to begin taking the psychotropic medication.

Mr. Beach has continued to test negative for illegal substances and complied with all other conditions of release.

## U.S. Probation Officer Recommendation:

It is respectfully requested that no further action be taken on this matter. However, an update can be provided regarding this matter at the scheduled hearing to address his compliance with mental health treatment.

The U.S. Attorney's Office concurs with the probation officer's recommendation.

Approved:

_____
Britton Shelton
Supervisory U.S. Probation Officer