PROB 12A
(Rev.5/2011)

# United States District Court
## for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Antonya Quantez Beach</u>  Case Number: <u>3:07-00149-01</u>

Name of Sentencing Judicial Officer: <u>Honorable Robert L. Echols, U. S. District Judge</u>

Name of Current Judicial Officer: <u>Honorable Kevin H. Sharp, U. S. District Judge</u>

Date of Original Sentence: <u>October 22, 2008</u>

Original Offense: <u>18 U.S.C. § 922(g)(1) Felon in Possession of a Firearm</u>

Original Sentence: <u>57 months' custody followed by 3 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>   Date Supervision Commenced: <u>November 7, 2011</u>

Assistant U.S. Attorney: <u>Byron Jones</u>   Defense Attorney: <u>Michael Terry</u>

---

THE COURT ORDERS:
☑ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Considered this 10th day of April, 2014,
and made a part of the records in the above case.

_____
Eric Illarmo
U.S. Probation Officer

_____
Kevin H. Sharp
U.S. District Judge

Place   Nashville, Tennessee

Date    April 8, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the defendant has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1.   **The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**

On March 17, 2014, the defendant submitted a urine sample which tested positive for marijuana. He denied using the substance, but admitted he was associating with family members who were smoking marijuana the day before. The sample was sent to the testing lab, and was confirmed positive, indicating marijuana use.

The defendant was placed on a random drug testing schedule. On March 24, 2014, the defendant, again, tested positive for marijuana, but he denied further use. He stated that, on March 16, 2014, his cousins provided him with "dro candy," which is short for "hydro candy." He explained that the candy was infused with marijuana; however, at the time he ate it, he did not know what it was, and he did not recognize any effects related to drug use. He indicated he only discussed the matter with his relatives after receiving a positive drug screen, at which point, he realized that he unwittingly ingested illegal drugs.

On March 26 and April 7, 2014, the defendant submitted urine samples which tested negative for drug use.

**The defendant shall not commit another federal, state, or local crime.**

On three occasions, the defendant was cited and charged with traffic violations in Davidson County General Sessions Court:

On December 17, 2012, the defendant was cited for driving with a revoked license. On March 27, 2013, the case was dismissed under Case No. SCE86201, and the defendant was ordered to pay $131.78.

On May 3, 2013, the defendant was, again, cited for driving with a revoked license. On August 6, 2013, the case was dismissed under Case No. SCE103210, and the defendant was ordered to pay $131.78.

On July 19, 2013, the defendant was, again, cited for driving with a revoked license. On October 23, 2013, the case was dismissed under Case No. SC1029939, and the defendant was ordered to pay $131.78.

On November 4, 2013, the defendant reported that he sold his car and did not drive any longer.

Petition for Warrant or Summons for
Offender Under Supervision

**Compliance with Supervision Conditions and Prior Interventions:**
Mr. Antonya Quantez Beach began his term of supervised release on November 17, 2011, and is currently scheduled to complete his term on November 16, 2014. On March 31, the defendant reported that he was employed by Hotel Pro, after approximately four months of unemployment.

On April 26, 2012, the Probation Office filed a report, advising the Court that the defendant failed to comply with his mental health treatment requirements. On May 17, 2012, after considering the Probation Office's report, the Court issued a Warrant for the defendant's arrest. On June 4, 2014, the offender was arrested and brought before Magistrate Judge Juliet E. Griffin, at which time, he was released on his own recognizance.

On June 21, 2012, the Court granted the defendant's motion to continue the revocation hearing, and, on July 27, 2012, the Court granted the defendant's second motion to continue.

On September 10, 2012, the Probation Office filed a second Report on Offender Under Supervision, which advised the Court that, on August 18, 2012, the defendant's girlfriend filed charges of assault against the defendant. The allegations were recanted, and the case was dismissed on October 22, 2012. No action was ordered by the Court. On September 17, 2012, the Court granted the government's motion to dismiss the petition.

Subsequently, the defendant has been satisfactorily compliant with his treatment requirements.

**U.S. Probation Officer Recommendation:**
It is recommended that the defendant be continued on supervision with no further action taken at this time. This matter has been reported to a representative of the U.S. Attorney's Office, who concurs with the recommendation.

Approved: _[signature]_
Britton Shelton
Supervisory U.S. Probation Officer