UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CASE NO. 3:07-00149 |
| ) | JUDGE KEVIN H. SHARP |
| ANTONYA QUANTEZ BEACH ) | |

**O R D E R**

Pending before the Court is Defendant's Motion to Reschedule Revocation Hearing (Docket No. 103).

The motion is GRANTED and the revocation hearing scheduled for August 22, 2014, is hereby rescheduled for Monday, September 8, 2014, at 10:30 a.m.

IT IS SO ORDERED.

*(signed)*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE