# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **vs.** ) | CASE NO. 3:07-00149 |
| ) | JUDGE KEVIN H. SHARP |
| **ANTONYA QUANTEZ BEACH** ) | |

## O R D E R

At the September 8, 2014 Revocation Hearing, the Government requested the petitions to be dismissed without prejudice.

The request is GRANTED and the petitions are hereby DISMISSED without prejudice.

IT IS SO ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE